IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DAKOTA HOLT, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION |
| v. ) | |
| ) | FILE No. 1:20-cv-03794-MLB |
| FATIMA INVESTMENTS, INC., ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF SETTLEMENT

NOTICE IS HEREBY GIVEN that all claims pending in this matter have been resolved to the satisfaction of Plaintiff and Defendant. Plaintiff hereby respectfully requests that this Court allow sixty (60) days within which to complete the settlement, during which time Plaintiff requests that the Court retain jurisdiction over this matter until fully resolved. Should Plaintiff not move to reinstate the case or seek other Court intervention in the next sixty (60) days, Plaintiff requests the Court dismiss this case with prejudice at that time.

Dated: May 27, 2021.

Respectfully submitted,

/s/Craig J. Ehrlich
Craig J. Ehrlich
Georgia Bar No. 242240
The Law Office of Craig J. Ehrlich, LLC

1

1123 Zonolite Road, N.E., Suite 7-B<br>
Atlanta, Georgia 30306<br>
Tel: (404) 365-4460<br>
Fax: (855) 415-2480<br>
craig@ehrlichlawoffice.com

## CERTIFICATE OF SERVICE

I certify that on May 27, 2021, I filed the within and foregoing Notice of Settlement using the CM/ECF System for the federal District Court for the Northern District of Georgia, resulting in a true and correct copy of the same to be served via electronic mail as follows:

Timothy S. Walls, Esq.
Mills & Hoopes, LLC
1550 North Brown Road, Suite 130
Lawrenceville, Georgia 30043
Fax: (770) 513-8150
tim@millshoopeslaw.com

/s/Craig J. Ehrlich<br>
Craig J. Ehrlich

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 5.1

The undersigned hereby certifies that the foregoing document has been prepared in accordance with the font type and margin requirements of Local Rule 5.1 of the Northern District of Georgia, using a font type of Times New Roman and a point size of 14.

/s/Craig J. Ehrlich<br>
Craig J. Ehrlich