IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

DAKOTA HOLT,                              )
                                          )
    Plaintiff,                     )
                                          )        CIVIL ACTION
v.                                        )
                                          )        FILE No. 1:20-cv-03794-MLB
FATIMA INVESTMENTS, INC.,                 )
                                          )
    Defendant.                     )

## ORDER APPROVING CONSENT DECREE AND DISMISSAL OF DEFENDANT WITH PREJUDICE

The Court, having read and reviewed the parties' Joint Stipulation and the Consent Decree attached to the Joint Stipulation as Exhibit A, and for good cause shown, the Joint Stipulation to Approve Consent Decree and Dismiss with Prejudice is **GRANTED**. The Court shall retain jurisdiction to enforce the Consent Decree. Each party shall bear their own attorney's fees and costs except as detailed in the parties' Consent Decree.

    **SO ORDERED**, this 3rd day of June, 2021.

_____
MICHAEL L. BROWN
UNITED STATES DISTRICT JUDGE